ACCEPTED
06-15-00074-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/9/2015 2:28:39 PM
DEBBIE AUTREY
CLERK

## NO.  06-15-00074-CR & 06-15-00075-CR

| | | | |
|---|---|---|---|
| **GLENN EDWIN RUNDLES** | § | **IN THE** | FILED IN |
| | § | | 6th COURT OF APPEALS |
| **V.** | § | **SIXTH COURT** | TEXARKANA, TEXAS |
| | § | | 9/9/2015 2:28:39 PM |
| **STATE OF TEXAS** | § | **OF APPEALS** | DEBBIE AUTREY |
| | | | Clerk |

<u>**SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Glenn Edwin Rundles, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 6th Judicial District Court of Lamar County, Texas.

2.      The case below was styled the <u>State of Texas vs. Glenn Edwin Rundles</u>, and numbered 25636 & 25637.

3.      Appellant was convicted for offenses of Aggravated Robbery and Burglary of a Habitation.

4.      Appellant was assessed a sentence of life imprisonment on May 5, 2015

5.      Appellant's notice of appeal was given on May 11, 2015.

6.      The clerk's record was filed on June 18, 2015; the reporter's record was filed on July 10, 2015.

7.      The appellate brief is presently due on September 10, 2015.

8.      Appellant requests an extension of time of 14 days, i.e. until September 24, 2015.

9.      This is the second motion for an extension to file the brief submitted in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

This case involves two separate convictions and mental competency proceedings. Counsel is unable to perform an adequate review of the record and prepare a professional brief prior to the current due date. Counsel would further show the following:

Counsel serves as counsel for Appellant in Case No. 06-15-00060-CR, styled *Jesse Dwayne Black v. Texas*. The brief in that case was filed on August 27, 2015.

On August 12, 2015, Counsel had a hearing in Cause No. 83693 in the 62nd District Court. On August 13, 2015, Counsel had a trial in Cause No. 72252, *ITIO SG, A Child*. Counsel had hearings on August 17, 2015 in Cause Nos. P-17846 and 81897, Lamar County Court at Law. Counsel had hearings on September August 19, 2015 in Cause Nos. 77971 and 81196 in the 6th District Court. Counsel was out of the office on military orders from August 27, 2015 until September 4, 2015. Counsel's office was closed on September 7, 2015 in observance of Labor Day. Counsel will be out of the office on September 11, 2015 on military orders. Counsel has a scheduled hearing on a motion for new trial in the Lamar County Court at Law in a case styled *ITIO King Children* on September 14 ,2014. Counsel has scheduled hearings in the Lamar County Court at Law on September 10, 2015 in Cause No. P-17868, *Estate of Clara Hatanville*, and in Cause No. 65994, *ITIO TAM, A Child*. On September 16, 2015, Counsel has a hearing in Cause No. 83590, *ITIO MMFP, A Child*.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

McLaughlin, Hutchison & Biard, LLP
38 1st NW
Paris, TX 75460
Tel: (903)785-1606
Fax: (903)785-7580

By: _____
 Don Biard
 State Bar No. 24047755
 Attorney for Glenn Edwin Rundles

## CERTIFICATE OF SERVICE

This is to certify that on September 9, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Lamar County, Texas, via e-mail.

_____
Don Biard

STATE OF TEXAS§
§
§
COUNTY OF LAMAR§

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Don Biard, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



_____
Don Biard
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on Sept. 09 _____, 2015, to certify which witness my hand and seal of office.

BOBBIE HUGHES
Notary Public, State of Texas
My Commission Expires
November 10, 2017

_____
Notary Public, State of Texas